IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRAD N. LEMOS,** | : |
| Plaintiff, | : |
| | : Case No. 3:04-CV-07208 |
| v. | : |
| | : Judge Carr |
| **LOWE'S HOME CENTERS, INC.,** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereto stipulate and agree that this action, be, and the same hereby is, dismissed without prejudice, with each party to bear its own costs and attorney's fees, and provided that, if Plaintiff commences a new action based upon or including the same claims as alleged in this action against Defendant, the Court before which such new action is pending shall order Plaintiff to pay Defendant the costs of this action and shall stay the proceedings in the new action until Plaintiff has complied with the order.

| | |
|---|---|
| */s/Jeffrey V. Hawkins, per telephone authority 12/15/04* | */s/David A. Kadela* |
| Jeffrey V. Hawkins (0038978) | David A. Kadela (0036863) |
| Hawkins Law Office, LLC | Littler Mendelson, P.C. |
| 103 East Sandusky Street | Fifth Third Center |
| Findlay, Ohio 45840 | 21 East State Street, Suite 1600 |
| Telephone: 419.422.4089 | Columbus, Ohio 43215 |
| Fax: 419.422.4655 | Telephone: 614.463.4201 |
| Email: hawkinslaw@lawyerfind.net | Fax: 614.221.3301 |
| | Email: dkadela@littler.com |
| Attorney for Plaintiff | |
| Brad N. Lemos | Attorney for Defendant |
| | Lowe's Home Centers, Inc. |

**CERTIFICATE OF SERVICE**

It is hereby certified that the forgoing has been filed via the electronic filing system on December 15, 2004, and served by regular U.S. mail, postage pre-paid, upon:

> Jeffrey V. Hawkins
> Hawkins Law Office, LLC
> 103 East Sandusky Street
> Findlay, Ohio 45840
> *Attorney for Plaintiff*

Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ David A. Kadela
David A. Kadela
